UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A AUSTIN,<br><br>    Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant.<br>_____/ | No. C-15-00533 DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On February 3, 2015, Plaintiff Gregory A. Austin filed this *pro se* action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to the Honorable Elizabeth D. Laporte to determine whether it is related to Austin v. State of California, 15-cv-00504 EDL..

IT IS SO ORDERED.

Dated: February 6, 2015

_____
DONNA M. RYU
United States Magistrate Judge